IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiffs,

vs.

VICKY HEIR-LEIF, AND SELSTAR HEIR-LEIF,

              Defendants.

4:16CR3082

ORDER

The government has moved to continue Defendant Vicky Heir-Leif's status conference to a date after the sentencing of co-defendant Selstar Heir-Leif. (Filing No. 39). As explained in the government's motion, defendant Selstar Heir-Leif's plea agreement contemplates dismissal of the charges against Vicky Heir-Leif following Selstar Heir-Leif's sentencing. The government's motion is unopposed. The court finds the motion should be granted.

       IT IS ORDERED:

1) The government's motion to continue the status conference, (Filing No. 39), is granted.

2) A status conference will be held before the undersigned magistrate judge at 2:00 p.m. on March 21, 2017 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

3) To carry out the intent of the parties' plea agreement, the court finds that the time between today's date and March 21, 2017 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 4, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge