IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:16CR3082 |
| v. | ) | |
| VICKY HEIR-LEIF, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff's motion to dismiss indictment (filing no. 58) is granted.

    DATED this 21st day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge